UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual; K.D., a minor, by and through her guardian ad litem; L.D., a minor, by and through her guardian ad litem; M.D., a minor, by and through her guardian ad litem; and EVA DEL RIO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PASADENA UNIFIED SCHOOL DISTRICT; JUAN RUELAS; MARIA REINA; BRIAN MCDONALD; ELIZABETH POMEROY; SCOTT PHELPS; PATRICK CAHALAN; KIMBERLY KENNE; ROY BOULGHOURIAN; LAWRENCE TORRES; ELIZABETH PALOMARES; and DOES 1 through 10, inclusive,<br><br>Defendants. | CV 18-905 PA (FFMx)<br><br>JUDGMENT |

Pursuant to the Court's September 26, 2018 Minute Order granting in part the Motion for Summary Judgment filed by defendants Pasadena Unified School District ("PUSD") and Juan Ruelas ("Ruelas") (collectively "Defendants"), which granted summary judgment to Defendants on the federal claims asserted by plaintiffs Jane Doe ("Doe") and her minor children K.D. and M.D. (collectively "Plaintiffs") and declined to exercise supplemental

jurisdiction over the remaining state law claims asserted by Doe in the First Amended Complaint,[1]

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants on Plaintiff's first claim for violation of the Equal Protection Clause of the Fourteenth Amendment pursuant to 42 U.S.C. § 1983 based on national origin and perceived immigration status, second claim for retaliation in violation of the First Amendment pursuant to 42 U.S.C. § 1983, and third claim for violation of the Fourteenth Amendment's Procedural Due Process Clause pursuant to 42 U.S.C. § 1983.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Court declines to exercise supplemental jurisdiction over Doe's remaining state law claims, and that those claims are dismissed without prejudice. See 28 U.S.C. § 1367(c)(3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing on their federal claims and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: September 26, 2018

                                                      Percy Anderson
                                           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs have, during the course of the litigation, dismissed with prejudice the claims originally filed on behalf of Doe's third child, L.D., and another individual, Eva Del Rio. Plaintiffs have also dismissed their claims asserted against defendants Maria Reina, Brian McDonald, Elizabeth Pomeroy, Scott Phelps, Patrick Cahalan, Kimberly Kenne, Roy Boulghourhian, Lawrence Torres, and Elizabeth Palomares with prejudice.